IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSE SULLIVAN, | 1:13-cv-00275 DLB (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED FILING (ECF No. 2) |
| v. | |
| NORM KRAMER, et al., | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se in a civil action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submitted a signed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff submitted an unsigned application to proceed in forma pauperis, which is HEREBY ORDERED stricken. Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  March 4, 2013            /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE