# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSE SULLIVAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>            Defendants. | 1:13cv00275 DLB PC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Document 5) |

Plaintiff Manse Sullivan ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action filed on February 22, 2013.  Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

Dated:   **March 15, 2013**              /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE

1