# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSE SULLIVAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KRAMER, et al.,<br><br>　　　　Defendants. | 1:13cv00275 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AS UNNECESSARY<br><br>(Document 12) |

　　　　Plaintiff Manse Sullivan ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff filed this action on February 22, 2013.[1]

　　　　On September 20, 2013, the Court screened the complaint with leave to amend.  In the screening order, the Court noted that Plaintiff referenced a number of exhibits, though no exhibits were attached to the complaint.

　　　　On December 13, 2013, Plaintiff filed a motion for "Reconsideration of the Civil Complaint De Novo With Second Set of Attached Exhibits."  Also on December 13, 2013, Plaintiff his First Amended Complaint.[2]

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on March 11, 2013.

[2] The First Amended Complaint is a copy of the body of the original complaint, with approximately 80 pages of exhibits attached.

1

The Court is required to screen all complaints pursuant to 28 U.S.C. § 1915.  Therefore, the Court will automatically screen the First Amended Complaint, and a request to do so is not necessary.  The Court will issue a separate screening order.

Accordingly, Plaintiff's motion is DENIED as unnecessary.

IT IS SO ORDERED.

Dated:   **April 23, 2014**                                    /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE