# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSE SULLIVAN, | ) 1:13cv00275 DLB PC |
| Plaintiff, | ) |
| vs. | ) ORDER REGARDING PLAINTIFF'S |
| | ) IN FORMA PAUPERIS STATUS |
| SIX UNKNOWN NAMES AGENTS, et al., | ) ON APPEAL |
| Defendants. | ) (Document 19) |

Plaintiff Manse Sullivan ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed on February 22, 2013.  The Court dismissed the complaint without leave to amend on April 23, 2014.  Plaintiff filed a notice of appeal on May 1, 2014.

On May 5, 2014, the Ninth Circuit referred the appeal to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal, or whether the appeal is frivolous or is taken in bad faith.  28 U.S.C. § 1915(a)(3).

Plaintiff's appeal is not frivolous, nor is it taken in bad faith.  Accordingly, Plaintiff's in forma pauperis status should continue on appeal.

IT IS SO ORDERED.

Dated:   __May 7, 2014__                    _____ /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE

1