# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSE SULLIVAN,<br><br>              Plaintiff,<br><br>      vs.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>              Defendants. | 1:13cv00275 DLB PC<br><br>ORDER REQUIRING DEFENDANT ALLENBY TO FILE RESPONSIVE PLEADING |

Plaintiff Manse Sullivan ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed on February 22, 2013. The Court dismissed the complaint without leave to amend on April 23, 2014. Plaintiff appealed the dismissal.

On July 1, 2015, the Ninth Circuit reversed in part and remanded the action for further proceedings. Specifically, the Ninth Circuit held that the Court properly dismissed the claims against Defendants Kramer, Ahlin, Mayberg, Schwarzenegger, and the Fresno County Board of Supervisors. The Court reversed as to the claim against Defendant Allenby because, at the pleading stage, Plaintiff's allegations were sufficient. The mandate was filed on July 27, 2015.

Accordingly, Defendant Allenby is ORDERED to file a responsive pleading within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

   Dated:  **July 28, 2015**                    /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE