# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSE SULLIVAN, ) 1:13cv00275 DLB PC<br>                                            )<br>        Plaintiff,    )  ORDER STRIKING<br>                          )  REPLY TO ANSWER<br>   vs.             )<br>                          )  (Document 32)<br>SIX UNKNOWN NAMES AGENTS, et al., )<br>                          )<br>       Defendants.  ) | |

Plaintiff Manse Sullivan ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action filed on February 22, 2013.

Defendant filed his answer on December 8, 2015.

On January 7, 2016, Plaintiff filed a reply to the answer. As a reply to an answer is not permitted under the Federal Rules of Civil Procedure, Plaintiff's reply is STRICKEN from the record.

IT IS SO ORDERED.

Dated: **January 8, 2016**           /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE