# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSE SULLIVAN,<br><br>        Plaintiff,<br><br>   v.<br><br>ALLENBY,<br><br>        Defendant. | Case No. 1:13-cv-00275 DLB PC<br><br>ORDER REQUIRING DEFENDANT TO NOTIFY COURT WHETHER HE OPTS IN TO THE EXPEDITIED TRIAL SETTING PROGRAM |

Plaintiff Manse Sullivan ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed.  This action is proceeding against Defendant Allenby.

On December 9, 2015, the Court issued the Discovery and Scheduling Order.  The Court also issued a notice of this Court's expedited trial setting procedures.

On January 7, 2016, Plaintiff filed a motion in which he consents to the jurisdiction of the United States Magistrate Judge and opted in to the expedited trial setting procedure.

Defendant consented to Magistrate Judge jurisdiction on January 11, 2016.  However, Defendant did not indicate whether an expedited trial would be beneficial in this action.

///

///

///

///

1

1    Accordingly, within thirty (30) days, Defendant is ORDERED to notify this Court whether

2  he will opt in to the expedited trial setting procedure as explained in the Court's December 9, 2015,

3  order.

4

5  IT IS SO ORDERED.

6    Dated:   **January 12, 2016**              /s/ *Dennis L. Beck*

7                                UNITED STATES MAGISTRATE JUDGE