| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSE SULLIVAN,          Plaintiff,     v.  ALLENBY,          Defendant. | Case No. 1:13-cv-00275 DLB PC  ORDER REGARDING PLAINTIFF'S MOTION TO EXTEDITE TRIAL DATE  (Document 33) |

Plaintiff Manse Sullivan ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed. This action is proceeding against Defendant Allenby.

Pursuant to the December 9, 2015, Discovery and Scheduling Order, the dispositive motion deadline is July 6, 2016.

On January 7, 2016, Plaintiff filed a motion in which he consents to the jurisdiction of the United States Magistrate Judge and opted into the expedited trial setting procedure.

On January 25, 2016, Defendant informed the Court that he consented to the expedited trial setting procedure, but that this consent is based on the Court's scheduling order permitting the filing of a dispositive motion.

As explained in the notice, the Court will only "expedite" trial where the parties agree that certain dates, such as the dispositive motion deadline, should be vacated as unnecessary and the case should proceed directly to trial after the close of discovery.

Given Defendant's belief that a dispositive motion is necessary, the Court will set this matter for trial pursuant to its normal procedures, i.e., if and when any claims remain after ruling on dispositive motions.

IT IS SO ORDERED.

Dated: **January 26, 2016**               /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE